BK 17293  PGS 334 - 334    08/08/2016 02:09:51 PM
INSTR # 2016032122         DEBRA ANDERSON
RECEIVED YORK SS           REGISTER OF DEEDS

## QUITCLAIM ASSIGNMENT

WHEREAS, ALLY BANK AS ATTORNEY IN FACT FOR GMAC MORTGAGE CORPORATION, WHOSE ADDRESS IS, 2101 REXFORD ROAD, SUITE 250W, CHARLOTTE, NC 28211, ASSIGNOR, is identified as the "Lender" on a certain mortgage executed by RICHARD A. WELCH, and bearing the date of 08/03/2005, and recorded on 09/13/2005 in the Office of the Recorder of YORK County, State of Maine in Book 14598, Page 0365 and Doc # 2005054466 (hereinafter the "Mortgage");

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of ALLY BANK AS ATTORNEY IN FACT FOR GMAC MORTGAGE CORPORATION and its successors and assigns, and, upon recording of the Mortgage, became the mortgagee of record;

WHEREAS, ALLY BANK AS ATTORNEY IN FACT FOR GMAC MORTGAGE CORPORATION wishes to convey and assign any and all rights it may have under the Mortgage to NATIONSTAR MORTGAGE LLC, A DELAWARE LIMITED LIABILITY COMPANY, WHOSE ADDRESS IS 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019 (469)549-2000, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE); and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, ALLY BANK AS ATTORNEY IN FACT FOR GMAC MORTGAGE CORPORATION hereby assigns and quit claims to NATIONSTAR MORTGAGE LLC, A DELAWARE LIMITED LIABILITY COMPANY, WHOSE ADDRESS IS 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019 (469)549-2000, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE) all of its rights, title, and interests (whatever they may be, if any) in the Mortgage.

IN WITNESS WHEREOF, this assignment was executed on 07 / 20 / 2016 (MM/DD/YYYY).
ALLY BANK AS ATTORNEY IN FACT FOR GMAC MORTGAGE CORPORATION

By: _Lechel Adkins_
Lechel Adkins
Assistant Secretary

STATE OF NORTH CAROLINA    COUNTY OF MECKLENBURG
I, Tina Langdon, Notary Public, certify that Lechel Adkins personally came before me this day and acknowledged that he/she is Asst. Secretary of ALLY BANK AS ATTORNEY IN FACT FOR GMAC MORTGAGE CORPORATION, and that he/she, as Lechel Adkins, being authorized to do so, executed the foregoing on behalf of the entity. He/she/they is (are) personally known to me. Witness my hand and official seal, on 7 / 20 / 2016 (MM/DD/YYYY).

_Tina Langdon_
Notary Public - State of NORTH CAROLINA
Commission expires: 12-5-2020

Tina Langdon
NOTARY PUBLIC
Mecklenburg County, NC
My Commission Expires December 5, 2020

Instrument Prepared By: Nationstar Mortgage LLC, 4000 Horizon Way, Irving, TX 75063, 308-632-5154
When Recorded Return To: Nationstar Mortgage LLC, 8950 Cypress Waters Blvd., Coppell, TX 75019

EXHIBIT E