Recording Requested By:
Nationstar Mortgage

When Recorded Return To:

DOCUMENT ADMINISTRATION
Nationstar Mortgage
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019

BK 17304  PGS 206 - 206
INSTR # 2016035559
RECEIVED YORK SS

08/23/2016  10:15:48 AM
DEBRA ANDERSON
REGISTER OF DEEDS

## QUITCLAIM ASSIGNMENT

York, Maine
SELLER'S SERVICING #:0627697394 "WELCH"

WHEREAS, GMAC MORTGAGE CORPORATION is identified as the "Lender" on a certain mortgage executed by RICHARD A. WELCH, and bearing the date of 08/03/2005  Recorded: 09/13/2005 in Book/Reel/Liber: 14598 Page/Folio: 0365-0385 as Instrument No.: 2005054466 in the Office of the Recorder of York County, State of Maine (hereinafter the "Mortgage");

Property Address: 17-19 GOODRICH STREET, KITTERY, ME 03904

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of Lender and its successors and assigns, and upon, recording of the Mortgage, became the mortgagee of record;

WHEREAS, Lender wishes to convey and assign any and all rights it may have under the Mortgage to NATIONSTAR MORTGAGE LLC ("Assignee"); and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, Lender hereby assigns and quit claims to Assignee all of its rights, title and interests (whatever they may be, if any) in the Mortgage to Assignee.

GMAC MORTGAGE, LLC, BY ITS ATTORNEY IN FACT OCWEN LOAN SERVICING, LLC
On  JUL 29 2016

By: _____
Ivelka Angeles
Authorized Signer

STATE OF FLORIDA
COUNTY OF PALM BEACH

On JUL 29 2016, before me, **Radhame Nunez**, a Notary Public in and for Palm Beach County in the State of Florida, personally appeared Ivelka Angeles, personally known to me to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
Radhame Nunez
Notary Expires: 5/25/ 2020



Notary Public State of Florida
Radhame Nunez
My Commission FF 998063
Expires 05/25/2020

(This area for notarial seal)

Nationstar 4000 Horizon Way Irving TX 75063

← 16 E



EXHIBIT
F