DEBRA L. ANDERSON, REGISTER OF DEEDS
E-RECORDED Bk 17652 PG 925
Instr # 2018004003
01/31/2018 08:59:26 AM
Pages 1    YORK CO

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **NATIONSTAR MORTGAGE LLC, WHOSE ADDRESS IS 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019, (ASSIGNOR)**, by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to **SPECIALIZED LOAN SERVICING LLC, WHOSE ADDRESS IS 8742 LUCENT BLVD., STE. 300, HIGHLANDS RANCH, CO 80129 (303)895-2405, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage is dated 08/03/2005, made by **RICHARD A. WELCH** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR GMAC MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS** and recorded on 09/13/2005 in **Book 14598, Page 365 and Doc # 2005054466**, in the office of the Recorder of **YORK** County, **Maine**.

IN WITNESS WHEREOF, this Assignment was executed **this 30th day of January in the year 2018.**
NATIONSTAR MORTGAGE LLC

_____
**AMANDA JONES**
**Vice President of Loan Documentation**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA   COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on this 30th day of January in the year 2018, by Amanda Jones as Vice President of Loan Documentation of NATIONSTAR MORTGAGE LLC, who, as such Vice President of Loan Documentation being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
**ALYSSA SAY**
**COMM EXPIRES: 10/2/2018**

ALYSSA SAY
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG167252
Expires 10/2/2018

**Instrument Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152**
When Recorded Return To: Nationstar Mortgage LLC, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683
MERS PHONE 1-888-679-6377 MERS
Mailing Address: P.O. Box 2026, Flint, MI 48501-2026  DOCR T301801-09:55:15 [C-1] EFRMME1


EXHIBIT G