This Instrument Prepared By:
COMPUTERSHARE TITLE SERVICES
c/o VISIONET SYSTEMS INC.
After Recording Return To:
COMPUTERSHARE TITLE SERVICES
c/o VISIONET SYSTEMS INC.
183 INDUSTRY DRIVE
PITTSBURGH, PA 15275
Voice: 1-(412) 927-0226

NANCY E HAMMOND, REGISTER OF DEEDS
E-RECORDED   Bk 17915  PG 331
Instr # 2019009904
03/22/2019  09:53:36 AM
Pages 2    YORK CO

## Assignment of Mortgage

ORDER #: 244831

For value received, the undersigned, hereby grants, assigns, and transfers to: **U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust** all beneficial interest under that certain Mortgage dated 08/03/2005 executed by:

Borrower: RICHARD A. WELCH

For Mortgage Electronic Registration Systems, Inc., as nominee for GMAC MORTGAGE CORPORATION, its successors and assigns, whose address is P.O. Box 2026, Flint, MI 48501-2026 in the amount of: $195,000.00, recorded 09/13/2005 as Instrument No.: 2005054466 in Book/Volume: 14598 Page: 0365 of the Official Records of York County, Maine

Property Address: 17-19 GOODRICH STREET, KITTERY, MAINE 03904-0000
Tax Parcel ID: 016-059
Legal Description: SEE EXHIBIT A
Effective date: 3/20/2019

**SPECIALIZED LOAN SERVICING LLC**

By: _Scott Slagle_
SCOTT SLAGLE
ASSISTANT VICE PRESIDENT

State of **PENNSYLVANIA**
County of **ALLEGHENY**
On 3/20/2019 before me, Tina M Darick the undersigned, a Notary Public in and for the county of ALLEGHENY in the State of Pennsylvania, personally appeared Scott Slagle, ASSISTANT VICE PRESIDENT personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that for his/her signature on the instrument the person, or the entity upon behalf of which he/she acted, executed the instrument.

_Tina M Darick_
Tina M Darick
My Commission Expires: 02/10/2021

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
TINA M DARICK
Notary Public
FINDLEY TWP, ALLEGHENY COUNTY
My Commission Expires Feb 10, 2021

EXHIBIT H